

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of C.R.J., a Child

No. 06-13-00053-CV

Appeal from the County Court at Law of Cass County, Texas (Tr. Ct. No. CCL-11-D-296). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Jami N. Tally, pay all costs of this appeal.

RENDERED JANUARY 17, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk